**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**


<u>United States of America</u>

    **v.**                                         Criminal No. 04-210-01-PB

<u>Nancy Teresa Nunez-Morel</u>


**O R D E R**

The defendant, through counsel, has moved to continue the September 7, 2005 trial in the above case citing the need for additional time to complete discovery issues and engage in plea negotiations.  Additionally, defendant's baby is also due to be born in December, 2005.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from September 7, 2005 to February 7, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The August 22, 2005 final pretrial conference is continued to January 19, 2006 at 4:00 p.m.

SO ORDERED.

_____
Paul Barbadoro
United States District Judge

August 22, 2005

cc: Bjorn Lange, Esq.
    Mark Zuckerman, Esq.
    United States Probation
    United States Marshal